W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant LORENZO AMADOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO AMADOR, et al.<br><br>　　　　　Defendants. | No. 1:18-CR-0207 LJO SKO<br><br>**STIPULATION AND ORDER TO SEAL THE SUPPLEMENTAL DECLARATION OF W. SCOTT QUINLAN AND ATTACHMENTS IN SUPPORT OF MOTION FOR DISCOVERY** |

It is hereby stipulated by and between counsel for the government, Supervising Assistant United States Attorney Kim Sanchez and, W. Scott Quinlan, counsel for Defendant Lorenzo Amador, as follows:

The parties stipulate that the Supplemental Declaration of W. Scott Quinlan with attached pages of redacted discovery provided, which are a subject of Defendant's discovery motion, should be filed under seal pending further order of this Court.

There is good cause for this stipulation in that some of the documentation contains personal identifying information of third parties such as telephone numbers and addresses.

///

1

**IT IS SO STIPULATED.**

Dated: May 1, 2019                      /s/ Kimberly A. Sanchez
                                                  SUPERVISING ASSISTANT UNITED STATES ATTORNEY

Dated: May 1, 2019                      /s/ W. Scott Quinlan
                                                  W. Scott Quinlan, Attorney for Defendant LORENZO AMADOR

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the Supplemental Declaration of W. Scott Quinan and Attachments in Support of Motion for Discovery shall be filed under seal pending further order of this Court.

IT IS SO ORDERED.

Dated: **May 1, 2019**                          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE