| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSS PEARSON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO AMADOR, et al.,<br><br>Defendants | CASE NO: 1:18-CR-00207-LJO-SKO<br><br>ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION FOR DISCOVERY AND INSPECTION |

The United States' unopposed motion for an extension of time to file a response to Lorenzo Amador's Motion for Discovery and Inspection, (Dkt. 174), is HEREBY GRANTED. The United States shall file its response to Defendant Amador's Motion for Discovery and Inspection by no later than May 13, 2019.

IT IS SO ORDERED.

Dated: **May 7, 2019**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXTENDING TIME TO FILE
RESPONSE TO MOTION FOR DISCOVERY AND
INSPECTION