McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO AMADOR,<br><br>Defendant. | No. 1:18-CR-00207 LJO-SKO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE, *IN CAMERA* DISCOVERY REVIEW, AND HEARING ON DISCOVERY MOTION and ORDER THEREON |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Scott Quinlan, counsel for Lorenzo Amador, that the Defendant's and Government's supplemental briefing on defendant's discovery motion currently due on July 3, 2019, is extended to be due on July 22, 2019; that the presentation of unredacted documents to the Court currently due on July 8, 2019 be extended to July 29, 2019; and that further hearing on the matter set for July 15, 2019 at 1:00 pm be continued to August 19, 2019 at 1:00 pm.

///

///

1

The additional time will provide the parties with the time needed to reasonably complete the background work necessary to finalize filing of the supplemental briefing.

Dated: June 28, 2019                                Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

                                        By          /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: June 28, 2019                                /s/ W. Scott Quinlan
                                                    W. SCOTT QUINLAN
                                                    Attorney for Defendant C. Wiley

ORDER

IT IS SO ORDERED.

Dated:  **June 28, 2019**                           /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE