McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00207 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING ON DISCOVERY MOTION and ORDER THEREON |
| LORENZO AMADOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Scott Quinlan, counsel for Lorenzo Amador, that the hearing on the matter set for August 19, 2019 at 1:00 pm be continued to September 16, 2019 at 1:00 pm. The parties have narrowed the issues and are working towards a stipulation and proposed agreement resolving the issues before the Court. The parties believe there is a fair probability of resolution given extra time to work together. The parties further

///

///

///

///

///

1

request that any optional supplemental briefing be ordered to be filed on or before September 3, 2019.

Dated: August 16, 2019                                Respectfully submitted,

                                                      McGREGOR W. SCOTT
                                                      United States Attorney

                                              By      /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

Dated: August 16, 2019                                /s/ W. Scott Quinlan
                                                      W. SCOTT QUINLAN
                                                      Attorney for Defendant C. Wiley

ORDER

IT IS SO ORDERED.

Dated:  **August 16, 2019**                           /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE