W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant LORENZO AMADOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO AMADOR, et al.<br><br>Defendants. | No. 1:18-CR-0207 LJO SKO<br><br>**DEFENDANT LORENZO AMADOR'S REQUEST TO SEAL HIS IN LIMINE MOTION #6 TO ALLOW SANTIAGO SOLORIO'S PRIOR RECORDED STATEMENT INTO EVIDENCE IN THE EVENT HE IS UNAVAILABLE TO TESTIFY, OR TO DISMISS COUNT 2 AND ITS ATTACHMENTS (Doc. 291-291-1) AND ORDER GRANTING MOTION IN PART** |

    Defendant Lorenzo Amador respectfully requests that the Court seal his In Limine Motion #6 To Allow Santiago Solorio's Prior Recorded Statement Into Evidence In The Event He Is Unavailable To Testify, Or To Dismiss Count 2 and the Attachment in support thereof (Docs 291, 291-1). The attachment to in limine motion #6 the date of birth of Santiago Solorio was not redacted. Therefore, Defendant Lorenzo Amador requests that Amador's In Limine Motion #6 and its attachment be ordered sealed.

Dated: June 3, 2020                        Respectfully submitted,

                                                     /s/ W. Scott Quinlan
                                                     W. Scott Quinlan, Attorney for Defendant
                                                      LORENZO AMADOR

**ORDER**

Defendant's motion for filing under seal will be granted in part. The Clerk of the Court is directed to file under seal only the attachment to the motion *in limine* which is the subject of the motion (Doc. No. 291-1).[1] No showing has been made justifying the sealing of the motion in limine itself and filings on the court's docket are presumptively available to the public.

IT IS SO ORDERED.

Dated:  **June 4, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] Even this sealing order is of questionable breadth given that the only cause offered for filing under seal is that a date of birth was not redacted from the document prior to its filing. That error could obviously be corrected by withdrawal of the exhibit and replacing it with a properly redacted version that did not reflect the date of birth.

2