W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant LORENZO AMADOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-0207 LJO SKO |
|---|---|
| Plaintiff, | **DEFENDANT LORENZO AMADOR'S REQUEST TO FILE UNDER SEAL AN ATTACHMENT TO HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS IN LIMINE MOTION #4 (Doc. 393) AND ORDER** |
| v. | |
| LORENZO AMADOR, et al. | |
| Defendants. | |

      Defendant Lorenzo Amador respectfully requests that the Court file under seal the enclosed attachment to his Reply to the Government's Opposition to His In Limine Motion #4 (Doc. 393). The reason for this is that it contains confidential gang classification information. This attachment demonstrates that the inquiry as to Defendant's moniker or street name is part of the inquiry as to gang membership.

Dated: June 18, 2020                        Respectfully submitted,

                                              /s/ W. Scott Quinlan
                                              W. Scott Quinlan, Attorney for Defendant
                                                LORENZO AMADOR

///

**ORDER**

Having reviewed the application to seal gang classification information, and

Good Cause Appearing:

**IT IS HEREBY ORDERED** that the Inmate Classification Questionnaire pertaining to Lorenzo Amador is to be filed under seal pending further order of the Court.

IT IS SO ORDERED.

Dated:   **June 22, 2020**                          _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE

2