PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LORENZO AMADOR,<br><br>                Defendant. | CASE NO. 1:18-CR-00207-NONE-SKO<br><br>STIPULATION FOR PROTECTIVE ORDER;<br>ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2.      Defendant Lorenzo Amador is charged with two counts in a case arising out of a months-long investigation into the MS-13 enterprise in Mendota, California, and elsewhere. During the investigation, law enforcement conducted several custodial interviews of suspected MS-13 members. Without conceding that any rule of discovery requires production of these interviews, the United States intends to disclose these interviews to counsel for Amador prior to trial in this case. However, the content of these interviews, if disclosed to defendant Amador or further disseminated to other MS-13 members, could place certain individuals at risk of harm to the extent it appears that they cooperated

with law enforcement.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the interview reports with anyone other than designated defense investigators and support staff. Defense Counsel may discuss the contents of the interview reports and any accompanying summary translation with the defendant but will not identify the identity of the speaker. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy such information.

4. The interview reports provided may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective client, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: August 12, 2021         PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ ROSS PEARSON
                               ROSS PEARSON
                               Assistant United States Attorney

Dated: August 11, 2021         /s/ W. SCOTT QUINLAN
                               W. SCOTT QUINLAN
                               Counsel for Defendant
                               LORENZO AMADOR
                               (Authorized by email on August 11, 2021)

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __August 12, 2021__   _____
UNITED STATES DISTRICT JUDGE