W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
PHONE: (559) 442-0634
FAX: (559) 233-6947

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-0207 NONE SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING THE DATE FOR THE GOVERNMENT TO FILE EXHIBITS AND LODGE WITH THE COURT RECORDINGS IT INTENDS TO USE AT TRIAL** |
| v. | |
| LORENZO AMADOR, et al. | |
| Defendants. | |

The parties, through their respective attorneys, hereby stipulate to continue the filing of the government's exhibit list and the date for it to lodge recordings to be used at trial from August 23, 2021 to August 27, 2021. There is good cause for this stipulation as additional time is needed to determine which recordings and exhibits the government intends to offer at trial, which in turn will determine which recordings and exhibits the defendant will offer at trial. The recordings and transcriptions thereof are voluminous, and it will be beneficial to all parties and to the Court to narrow the list of exhibits and recordings to be lodged to the extent possible.

///

///

1

For this reason the parties agree to an additional week for the government to file its exhibit list and to lodge with the Court recordings to be used at trial.

Dated: August 13, 2021            /s/ Ross Pearson
                                  Ross Pearson
                                  Assistant United States Attorney

Dated: August 13, 2021            /s/ W. Scott Quinlan
                                  W. Scott Quinlan, Attorney for
                                  Defendant LORENZO AMADOR

**GOOD CAUSE APPEARING THEREFORE**, it is ordered that the time for the government to file its exhibit list and to lodge with the court recordings it intends to use at trial is continued from August 23, 2021 to August 27, 2021.

In light of the stipulated extension of time approved above, defendant also has requested additional time, past August 27, 2021, to lodge its own recordings. (Doc. No. 575.) This request, which appears to have been anticipated by the government (*see* Doc. No. 576 at 1), is GRANTED. Defendant shall lodge with the court recordings he intends to offer on or before September 3, 2021.

IT IS SO ORDERED.

   Dated:  **August 18, 2021**                    Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE

2